IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALVIN L. HEWETT, also known as MARQUES AL-BEY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 1:07CV89 ) |
| JUDGE CATHERINE EAGLES, JUDGE WILLIAM Z. WOOD, JR., and JUDGE DENISE S. HARTSFIELD, | ) ) ) ) |
| Defendants. | ) |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (Doc. No. 5) be **GRANTED** and that this action be dismissed, WITH PREJUDICE.

                                                        /s/ Thomas D. Schroeder
                                                  United States District Judge

Date: February 22, 2008